UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :

                                              :         MAGISTRATE NO. 09-128(RBK)

                                              :

v.

                                              :         ORDER

LASH BRUMFIELD         :


The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this ___12TH___ day of ___OCTOBER___ ~~2009~~ 2010,

ORDERED that ___LISA VAN HOECK___ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                        _____
                                                        DOUGLAS E. ARPERT, U.S.M.J.
                                                        United States Magistrate Judge