UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Crim No. 09-128 (RBK)

     vs.     :     Hon. Douglas Arpert

LASH BRUMFELD     :     <u>DETENTION ORDER</u>

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant United States Attorney, appearing), in the presence of Lisa van Hoek, Esq., attorney for defendant Lash Brumfeld, for an order pursuant to 18 U.S.C. §§ 3142(e) and 3143 (a), and Fed. R. Crim. P. 32.1(a)(6), detaining defendant; and

The defendant having consented to his detention pending the hearing on his alleged violations of supervised release;

IT IS, therefore, on this _18th_ day of October, 2010,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Lash Brumfeld be committed to the custody of the Attorney General or his authorized representative pending a hearing on alleged violation of supervised release; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Lash Brumfeld be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

- 1 -

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Lash Brumfeld be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Lash Brumfeld shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Lash Brumfeld without bail pending his hearing is hereby granted, and defendant Lash Brumfeld is hereby ordered detained pending his hearing in the above-entitled matter.

_____
HON. DOUGLAS ARPERT
United States Magistrate Judge